Case: 1:16-cv-06680 Document #: 7 Filed: 09/15/16 Page 1 of 8 PageID #:28

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
SEP 1 5 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Michael L. Reed

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County
Tom Dart
John Doe
John Doe
John Doe

Case No: 16-CV-6680
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:          **AMENDED COMPLAINT**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A. Name: Michael L Reed

    B. List all aliases: N/A

    C. Prisoner identification number: 2012-0726179

    D. Place of present confinement: Cook County Jail

    E. Address: P.O. Box 089002, Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Cook County

       Title: Self

       Place of Employment:

    B. Defendant: Tom Dart

       Title: Sheriff

       Place of Employment: Cook County

    C. Defendant: John Doe

       Title: Transport Officer

       Place of Employment: Cook County

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

D. Defendant: John Doe

   Title: Transport Officer

   Place of Employment: Cook County


E. Defendant: John Doe

   Title: Transport Officer

   Place of Employment: Cook County

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 5.11.16 leaving Cook County Jail to go to Court at Markham Courthouse, Me & several other detainees were forced to board a 2nd bus due to the 1st one being overcrowded. I was cuffed to a guy with known enemies who were put on the same bus. The guy I was cuffed to is charged in the connection in the murder of the friend & fellow gang member of the same several guys put on the bus with us. Whom the sheriff all know are rival gang members in an on going blood fued, where several members on each side have been murdered. as soon as they boarded the bus they started threatning the guy I was cuffed to. Me & the guy I was cuffed to attempted to get to the front of the bus when 6 or 7 guys attacked him & me. where one with a homemade plastic knife (shank) stabbed me 3 times in my face over my right eye & by my right temple. Officers did nothing to stop this attack. After the attack I laid there bleeding until we made it to the Courthouse

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:16-cv-06680 Document #: 7 Filed: 09/15/16 Page 6 of 8 PageID #:33

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

where they then rushed me out to South Suburban hospital where I was treated & recieved stitches. I now have blurred vision & frequent migraines on the right side of my face & head, and can not sleep on my right side due to the pain. I have complained of pain here in the Jail & nothing has been done to address it yet. The Sheriffs failed to protect me & was deliberately indifferent to my safety & others by cuffing me to a gang member with known rival gang enemies & putting those same enemies on the bus with him allowing them to have weapons, attack us, creating this hostile & violent situation & not seeking immediate medical attention for my injuries. The sheriffs are known to occasionally put detainees in harms way just for kicks or retaliation for things as small as asking for a soap, toothbrush, towel or more importantly a white shirt (supervisor) as it is a custom for detainees to be attacked by officers or other detainees for this & Tom Dart knows about this sadistic culture for years & have failed to eliminate these acts of violence yet. The transport offices didn't have name tags on they were bulletproof vest & baseball caps. I have asked social workers & white shirts for the names of the transport officers but no one will give me any help

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

The 3 John Doe officers on that transportation bus should have made sure these people were seperated, no contraband made it on that bus & sought immediate medical attention for me. I have a right to be free from the risk of being harmed & free from being stabbed in my face by another detainee as well. I'm sure Cook County, who employs Tom Dart, who himself allows this Culture of violence to continue for years & the 3 John Doe's on the transportation bus who failed to protect me & others and were deliberately Indifferent to my safety and immediate medical needs. All are being sued in their offical, Corporate & Personal capacities.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Due to Deliberate indifference to my safety & Immediate Medical needs + failure to protect I ask this honorable Court to rule in my favor in the amount of $1,000,000

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __01__ day of __September__, 20__16__

__Michael Reed__
(Signature of plaintiff or plaintiffs)

__Michael L. Reed__
(Print name)

__2012-0726179__
(I.D. Number)

__P.O. Box 089002__
__Chicago IL 60608__
(Address)